**Affirmed and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00291-CR

**KURT LYNN SWORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 340th District Court**
**Tom Green County, Texas**
**Trial Court Cause No. C-16-0444-SA**

## M E M O R A N D U M   O P I N I O N

Appellant appeals his conviction for aggravated robbery with a deadly weapon.[1] Appellant's appointed counsel filed a brief in which counsel concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of

---

[1] Appellant appealed to the Third Court of Appeals, and the case was subsequently transferred to our court. Because of the transfer, we must decide the case in accordance with the precedent of the Third Court of Appeals if our decision otherwise would have been inconsistent with that court's precedent. *See* Tex. R. App. P. 41.3.

*Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).